# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Carole Tyre                                    CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-10060 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of US Bank National Association, Not In Its Individual Capacity But Solely As Trustee For The NRZ Pass-Through Trust XVIII, and index same on the master mailing list.

Respectfully submitted,

/s/ Michael P. Farrington, Esq.

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322