United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 23-10060-amc

Carole Tyre                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                              Page 1 of 3

Date Rcvd: Jun 20, 2023                      Form ID: pdf900                                  Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carole Tyre, 3706 Vader Drive, Philadelphia, PA 19154-3031 |
| 14747276 | + | Member HSBC Group/Beneficial, Attn: CML Customer Resolution Department, 1421 West Shore Drive, Suite 100, Arlington Heights, IL 60004-7818 |
| 14747281 | | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P. O. Box, Norfolk, VA 23502 |
| 14765987 | + | US Bank National Association, as Trustee, C/O Michael P. Farrington, Esquire, KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 21 2023 05:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2023 05:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Jun 21 2023 05:43:00 | NRZ Pass-Through Trust II , U.S. Bank National Ass, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2023 05:57:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14747264 | + | Email/Text: backoffice@affirm.com | Jun 21 2023 05:43:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14747268 | + | Email/Text: bankruptcy@sccompanies.com | Jun 21 2023 05:43:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14747271 | | Email/Text: megan.harper@phila.gov | Jun 21 2023 05:43:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14747270 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 21 2023 05:57:32 | Capital One Bank, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14747269 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 21 2023 05:46:46 | Capital One Bank, Attn: Bankruptcy, 4515 North Sante Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14747272 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 21 2023 05:43:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14755136 | + | Email/Text: bankruptcy@sccompanies.com | Jun 21 2023 05:43:00 | Dr Leonards Shop Now, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14747273 | ^ | MEBN | Jun 21 2023 05:38:45 | Dr. Leonards Shop, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

| 14766481 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jun 21 2023 05:43:00 | Jefferson Capital Systems, LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 14747274 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 21 2023 05:57:26 | LVNV Funding LLC, Resurgent Capital Services, POB 10587, Greenville, SC 29603-0587 |
| 14747277 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jun 21 2023 05:43:00 | Midland Credit Management, P.O. Box 2037, Warren, MI 48090-2037 |
| 14747278 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Jun 21 2023 05:43:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14747279 | + | Email/Text: ecfbankruptcy@progleasing.com | | |
| | | | Jun 21 2023 05:43:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14750827 | + | Email/Text: BankruptcyECFMail@mccalla.com | | |
| | | | Jun 21 2023 05:43:00 | NRZ Pass-Through Trust II, U.S.Bank National Assoc, c/o McCalla Raymer Libert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| 14747280 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jun 21 2023 05:47:08 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 41067, Norfolk, VA 23541 |
| 14747282 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Jun 21 2023 05:43:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14747356 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jun 21 2023 05:57:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14747283 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jun 21 2023 05:46:57 | Synchrony/PayPal Credit, c/o PRA Receivables Management LLC, Po Box 41021, Norfolk, VA 23541-1021 |
| 14747284 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jun 21 2023 05:46:34 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14764216 | ^ | MEBN | | |
| | | | Jun 21 2023 05:38:33 | U.S. Bank National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14747285 | | Email/Text: ECF@fayservicing.com | | |
| | | | Jun 21 2023 05:43:00 | U.S. National Bank c/o Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 814609, Dallas, TX 75381-4609 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14747265 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14747266 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14747267 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14747275 | * | LVNV Funding, LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14757450 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor US Bank National Association  Not In Its Individual Capacity But Solely As Trustee For The NRZ Pass-Through Trust XVIII bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Carole Tyre dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor US Bank National Association  Not In Its Individual Capacity But Solely As Trustee For The NRZ Pass-Through Trust XVIII mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :          Chapter 13

   CAROLE TYRE

           Debtor(s)              :          Bky. No.   23-10060 -AMC

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
## APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

   Dated: June 20, 2023

                                     **ASHELY M. CHAN**
                                     **U.S. BANKRUPTCY JUDGE**