# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Carole Tyre | : | No.  23-10060-amc |
| **Debtor** | : | |

## CERTIFICATION OF NO OBJECTION

I hereby certify that I have not received neither an objection to the Application for Compensation nor has an Application for Administrative expenses filed and respectfully request that the Order attached to the Application be approved.

Dated:  07/20/2023

/s/  David M. Offen
**Attorney for Debtor**
**Suite 160 West, Curtis Ctr.**
**601 Walnut Street**
**Philadelphia, PA  19106**
**215-625-9600**