United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 23-10060-amc

Carole Tyre                                                                                  Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                              Page 1 of 2

Date Rcvd: Jul 28, 2023                      Form ID: pdf900                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                        regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2023:**

**Recip ID              Recipient Name and Address**
db                    +   Carole Tyre, 3706 Vader Drive, Philadelphia, PA 19154-3031

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2023                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2023 at the address(es) listed below:**

**Name                          Email Address**

BRIAN CRAIG NICHOLAS
                                  on behalf of Creditor US Bank National Association  Not In Its Individual Capacity But Solely As Trustee For The NRZ
                                  Pass-Through Trust XVIII bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DAVID M. OFFEN
                                  on behalf of Debtor Carole Tyre dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
                                  ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                                  on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
                                  on behalf of Creditor US Bank National Association  Not In Its Individual Capacity But Solely As Trustee For The NRZ
                                  Pass-Through Trust XVIII mfarrington@kmllawgroup.com

United States Trustee

District/off: 0313-2                              User: admin                                    Page 2 of 2
Date Rcvd: Jul 28, 2023                           Form ID: pdf900                                Total Noticed: 1

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Carole  Tyre          )      Chapter 13
                               )
                               )      23-10060-AMC
              Debtor(s)        )
                               )

### ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for

Approval of Counsel Fees submitted by David M. Offen, Attorney for the

Debtor, and upon notice and certification of no objection it is hereby

ORDERED that:

Counsel fee in the amount of $4,725.00 is allowed and the balance

in the amount of $2,187.00 shall be paid by the Chapter 13 Trustee to

the extent provided for by the plan.


_____        July 28, 2023
HONORABLE ASHELY M. CHAN            DATED:
U.S. BANKRUPTCY JUDGE

cc:

Kenneth E. West, Esquire, Trustee

David M. Offen, Esquire